[No. 9643.   Department One.   November 14, 1911.]

W. H. Bolen, *Respondent,* v. F. W. Llewellyn, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Ronald, J., entered February 25, 1911, upon findings in favor of the plaintiff, after a trial on the merits before the court without a jury, in an action on contract. Affirmed.

*Fred Llewellyn, pro se.*

*Douglas, Lane & Douglas* (*W. H. Bolen,* of counsel), for respondent.

Per Curiam.—This was an action to recover damages for the breach of an alleged contract of employment. The case was tried to the court without a jury. The court found upon the evidence that a definite contract had been entered into between the parties and breached by the defendant. A judgment for $300 damages was entered for the plaintiff. The defendant has appealed.

The only question presented here, as below, is one of fact, and is whether a definite contract was entered into. We have carefully read the record and are not convinced that the trial court was in error. A review of the evidence is unnecessary.

Judgment affirmed.

[1]Reported in 118 Pac. 1118.